

**Andrew C. Simpson**
asimpson@coralbrief.com

**2191 Church Street, Suite 5
Christiansted, St. Croix, VI 00820**
340.719.3900
www.coralbrief.com

June 20, 2024

Patricia S. Dodszuweit
Clerk of Court
United States Court of Appeals
   for the Third Circuit
21400 United States Courthouse
601 Market Street
Philadelphia, PA 19106-1790

   Re:   Constance Alexander v. Steadfast Insurance Co, et al
         Case Number: 24-2137
         District Court Case Number: 1-20-cv-00038

Dear Attorney Dodszuweit:

   I represented Clarendon Insurance Company in the proceedings below. Plaintiffs stipulated to the dismissal of Clarendon, with prejudice on May 12, 2022. (Doc. No. 63 in the D/VI). Although the Court never formally approved the stipulation, it would appear that the final order in the matter (Doc. No. 164) dismissing the action and "all pending claims" mooted the necessity for a separate order on the stipulation.

   Accordingly, neither I nor Clarendon will participate in this appeal.

                                          Respectfully submitted,

                                          Andrew C. Simpson

cc via ECF:
   Justin Crocker, Veronica A. Meza, W. Mark Wilczynski, David S. Hendrix, Robert J. Kuczynski, and Rhea R. Lawrence